B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  WILLIAM LYON HOMES, *et al.*,[1]  
         Debtors

Case No. 11-_____ (___)

Chapter 11

### CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtor's creditors holding the 30 largest unsecured claims.[2] The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| US Bank National Association, as Trustee for the holders of 10 3/4% Senior Notes Due 2012 Nevada Financial Center, 2300 W. Sahara, Suite 200 Las Vegas, NV 89102 | US Bank National Association, as Trustee for the holders of 10 3/4% Senior Notes Due 2012 Nevada Financial Center, 2300 W. Sahara, Suite 200 Las Vegas, NV 89102 Contact: Sandra Spivey Tel: 702-251-1656 Fax: 702-251-1657  Sheppard Mullin as Counsel to the Above 333 South Hope Street, 48th Flr Los Angeles, CA 90071 Contact :Bill Opdyke Tel: 213-617-4158 Fax: 213-620-1398 | Unsecured Notes | | 150,259,733.90 |

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective taxpayer identification numbers are as follows: William Lyon Homes (4902); William Lyon Homes, Inc., (3855); Mountain Falls Golf Course, LLC (3291); Mountain Falls, LLC (9631); Circle G at the Church Farm North Joint Venture, LLC (1322); Presley CMR, Inc. (3862); William Lyon Southwest, Inc. (8474); Sycamore CC, Inc. (1307); PH-LP Ventures (9119); PH Ventures – San Jose (5089); HSP, Inc. (6045); PH Rielly Ventures (7710); Lyon Waterfront, LLC (1928); Lyon East Garrison Company I, LLC (5692); WLH Enterprises (3333); Duxford Financial, Inc. (0824); California Equity Funding, Inc. (0016); Laguna Big Horn, LLC (2590); Presley Homes (5035); Cerro Plata Associates, LLC (5090); Whitney Ranch Village 5, LLC (5256); and Duxford Insurance Services, LLC (8232). The Debtors' mailing address is 4490 Von Karman Avenue, Newport Beach, CA 92660.

[2] The information contained herein is as of December 14, 2011.

DOCS_LA:248647.1 93949-001

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| | Sheppard Mullin as Counsel to the Above<br>333 South Hope Street, 48th Flr<br>Los Angeles, CA 90071<br>Contact: Kyle Mathews<br>Tel: 213-617-4236<br>Fax: 213-443-2811 | | | |
| US Bank National Association, as Trustee for the holders of 7 1/2% Senior Notes Due 2014<br>Nevada Financial Center, 2300 W. Sahara, Suite 200<br>Las Vegas, NV 89102 | US Bank National Association, as Trustee for the holders of 7 1/2% Senior Notes Due 2014<br>Nevada Financial Center, 2300 W. Sahara, Suite 200<br>Las Vegas, NV 89102<br>Contact: Sandra Spivey<br>Tel: 702-251-1656<br>Fax: 702-251-1657<br><br>Sheppard Mullin as Counsel to the Above<br>333 South Hope Street, 48th Flr<br>Los Angeles, CA 90071<br>Contact :Bill Opdyke<br>Tel: 213-617-4158<br>Fax: 213-620-1398<br><br>Contact: Kyle Mathews<br>Tel: 213-617-4236<br>Fax: 213-443-2811 | Unsecured Notes | | 79,928,119.79 |
| US Bank National Association, as Trustee for the holders of 7 5/8% Senior Notes Due 2012<br>Nevada Financial Center, 2300 W. Sahara, Suite 200<br>Las Vegas, NV 89102 | US Bank National Association, as Trustee for the holders of 7 5/8% Senior Notes Due 2012<br>Nevada Financial Center, 2300 W. Sahara, Suite 200<br>Las Vegas, NV 89102<br>Contact: Sandra Spivey<br>Tel: 702-251-1656<br>Fax: 702-251-1657<br><br>Sheppard Mullin as Counsel to the Above<br>333 South Hope Street, 48th Flr<br>Los Angeles, CA 90071<br>Contact :Bill Opdyke<br>Tel: 213-617-4158<br>Fax: 213-620-1398<br>Contact: Kyle Mathews<br>Tel: 213-617-4236<br>Fax: 213-443-2811 | Unsecured Notes | | 69,353,757.93 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Irell & Manella, LLP<br>840 Newport Center Drive<br>Newport Beach, CA 92660 | Irell & Manella, LLP<br>840 Newport Center Drive<br>Newport Beach, CA 92660<br>Contact: Jeff Reisner<br>Tel: (949) 760-0991<br>Fax: 949) 760-5200 | Professional Fees | | 1,000,000.00 |
| Belskey et al v William Lyon Homes<br>2800 Donald Douglas Loop North<br>Santa Monica, , CA 90405 | Belskey et al v William Lyon Homes<br>2800 Donald Douglas Loop North<br>Santa Monica, , CA 90405<br>Contact: Suzanne N. Patron, Esq., Fred M. Adelman, Esq. (Milstein Adelman)<br>Tel: (310) 396-9600<br>Fax: (310) 396-9635 | Litigation Claim | | 500,000.00 |
| Lee, Hernandez, Landrum, Garofalo & Blake<br>7575 Vegas Drive Suite 150<br>Las Vegas, NV 89128 | Lee, Hernandez, Landrum, Garofalo & Blake<br>7575 Vegas Drive Suite 150<br>Las Vegas, NV 89128<br>Contact: David Lee<br>Tel: (702) 880-9750<br>Fax: (702) 314-1210 | Professional Fees | | 146,102.48 |
| Adkins v. William Lyon Homes, Inc.<br>851 South Rampart Blvd. #260<br>Las Vegas, NV 89145 | Adkins v. William Lyon Homes, Inc.<br>851 South Rampart Blvd. #260<br>Las Vegas, NV 89145<br>Contact: David Pursiano (Pursiano Barry Lavelle & Jon)<br>Tel: 702-233-3063<br>Fax: 702-233-3064 | Litigation Claim | | 146,000.00 |
| Whitton Framing, Inc.<br>P.O. Box 8790<br>Mesa, AZ 85214 | Whitton Framing, Inc.<br>P.O. Box 8790<br>Mesa, AZ 85214<br>Contact: Suzette Urish<br>Tel: 4803551295<br>Fax: 4803551279 | Trade Debt | | 144,742.00 |
| A-1 Door & Building Solutions<br>4300 Jetway Court<br>N. Highlands, CA 95660 | A-1 Door & Building Solutions<br>4300 Jetway Court<br>N. Highlands, CA 95660<br>Contact: Marice Doane<br>Tel: (916) 481-5030<br>Fax: (916) 481-7397 | Trade Debt | | 134,557.90 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fine Line Construction P.O. Box 173 Vallecito, CA 95251 | Fine Line Construction P.O. Box 173 Vallecito, CA 95251 Contact: Diane Sweeney Tel: (209) 367-0200 Fax: | Trade Debt | | 134,480.00 |
| Sunrise Carpentry, Inc. 375 N. Stephanie St Bldg 13 Henderson, NV 89014 | Sunrise Carpentry, Inc. 375 N. Stephanie St Bldg 13 Henderson, NV 89014 Contact: Paula Tel: 702-270-6310 Fax: 702-270-6305 | Trade Debt | | 125,967.00 |
| Dahlin Group 5865 Owens Drive Pleasanton, CA 94588 | Dahlin Group 5865 Owens Drive Pleasanton, CA 94588 Contact: Cindy Maruyama Tel: (925) 251-7200 Fax: (925) 251-7201 | Trade Debt | | 97,086.54 |
| Rafael Framers 7120 Rafael Ridge Way Las Vegas, NV 89119 | Rafael Framers 7120 Rafael Ridge Way Las Vegas, NV 89119 Contact: Rafael Medina Tel: (702) 386-1324 Fax: (702) 450-1573 | Trade Debt | | 96,835.60 |
| Homesite Services 101 Pullman St. Livermore, CA 94551 | Homesite Services 101 Pullman St. Livermore, CA 94551 Contact: Rita Lopez Tel: (925) 570-6271 Fax: (925) 362-0228 | Trade Debt | | 92,118.96 |
| Silver Wood Landscape Const. 1111 Baker Street Costa Mesa, CA 92626-4114 | Silver Wood Landscape Const. 1111 Baker Street Costa Mesa, CA 92626-4114 Contact: Tanya Marsetti Tel: (714) 427-6134 Fax: (714) 427-6138 | Trade Debt | | 85,516.35 |
| Dynamic Plumbing Systems, Inc. of Nevada 4745 Copper Sage St Las Vegas, NV 89115 | Dynamic Plumbing Systems, Inc. of Nevada 4745 Copper Sage St Las Vegas, NV 89115 Contact: Katja Tel: 702-643-4440 Fax: 702-643-4441 | Trade Debt | | 75,990.40 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| A D&D Drywall, Inc. 10685 Roselle Street San Diego, CA 92121 | A D&D Drywall, Inc. 10685 Roselle Street San Diego, CA 92121 Contact: Guy Valderama Tel: (858) 558-6622 Fax: (858) 558-6610 | Trade Debt | | 74,291.75 |
| The Wall Company 1476 W. Harvard Ave. Gilbert, AZ 85233 | The Wall Company 1476 W. Harvard Ave. Gilbert, AZ 85233 Contact: Heidi Salazar Tel: 6024539255 Fax: 6024261373 | Trade Debt | | 72,831.00 |
| Sonoran Air, Inc. 2225 W. Whispering Wind Dr., St. 108 Phoenix, AZ 85085 | Sonoran Air, Inc. 2225 W. Whispering Wind Dr., St. 108 Phoenix, AZ 85085 Contact: Kim Selby Tel: 6235819555 Fax: 6235813944 | Trade Debt | | 71,542.00 |
| GE Appliance - Contract P.O. Box 840255 Dallas, TX 75284-0255 | GE Appliance - Contract P.O. Box 840255 Dallas, TX 75284-0255 Contact: LEE CLARKE Tel: (865) 470-6131 Fax: (800) 524-4329 | Trade Debt | | 69,829.03 |
| Top Grade Construction Inc 50 Contractors Street Livermore, CA 94551 | Top Grade Construction Inc 50 Contractors Street Livermore, CA 94551 Contact: Jamie Leach Tel: (925) 449-5764 Fax: (925) 449-5875 | Trade Debt | | 66,384.50 |
| JLS Environmental Services, Inc. 3460 Swetzer Rd. Loomis, CA 95650 | JLS Environmental Services, Inc. 3460 Swetzer Rd. Loomis, CA 95650 Contact: Paula Neri Tel: (916) 660-1525 Fax: (916) 660-0465 | Trade Debt | | 65,440.12 |
| Rafael Concrete 7120 Rafael Ridge Way Las Vegas, NV 89119 | Rafael Concrete 7120 Rafael Ridge Way Las Vegas, NV 89119 Contact: Rafael Medina Tel: (702) 386-1324 Fax: (702) 450-1573 | Trade Debt | | 63,230.70 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Whitton Plumbing<br>P.O. Box 8790<br>Mesa, AZ  85214 | Whitton Plumbing<br>P.O. Box 8790<br>Mesa, AZ  85214<br>Contact: Suzette Urish<br>Tel: 4803551295<br>Fax: 4803551279 | Trade Debt | | 62,774.00 |
| Three Sixty at South Bay Association<br>1 Polaris Way, Suite 100<br>Aliso Viejo, CA  92656 | Three Sixty at South Bay Association<br>1 Polaris Way, Suite 100<br>Aliso Viejo, CA  92656<br>Contact: Stacy Waide<br>Tel: (949) 448-6143<br>Fax: (949) 448-6400 | HOA Fees | | 61,220.05 |
| Rockwell Drywall, Inc.<br>1341 W. Arrow Highway<br>San Dimas, CA  91773 | Rockwell Drywall, Inc.<br>1341 W. Arrow Highway<br>San Dimas, CA  91773<br>Contact: Stacy Catania<br>Tel: (909) 539-4091<br>Fax: (909) 539-4093 | Trade Debt | | 58,329.02 |
| Ace Commercial Plastering, Inc.<br>1320 Rockefeller Dr.<br>Ceres, CA  95307-9224 | Ace Commercial Plastering, Inc.<br>1320 Rockefeller Dr.<br>Ceres, CA  95307-9224<br>Contact: Steve Mota<br>Tel: (209) 531-9030<br>Fax: (909) 537-1998 | Trade Debt | | 56,042.35 |
| Astro Electric, Inc.<br>P.O. Box 847<br>Azusa, CA  91702 | Astro Electric, Inc.<br>P.O. Box 847<br>Azusa, CA  91702<br>Contact: Yolanda Hogan<br>Tel: (626) 969-7615<br>Fax: (626) 969-9256 | Trade Debt | | 54,162.45 |
| Pacific Coast Landscape Mgmt<br>24695 Marsh Creek Road<br>Brentwood, CA  94514 | Pacific Coast Landscape Mgmt<br>24695 Marsh Creek Road<br>Brentwood, CA  94514<br>Contact: Robin Rowley<br>Tel: (925) 513-2310<br>Fax: (925) 513-2911 | Trade Debt | | 53,569.67 |
| Three D Electric Company<br>4690 East Second St., Ste. 4<br>Benicia, CA  94510 | Three D Electric Company<br>4690 East Second St., Ste. 4<br>Benicia, CA  94510<br>Contact: Michelle Granado<br>Tel: (707) 746-0349<br>Fax: (707) 748-2545 | Trade Debt | | 52,010.10 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAM LYON HOMES, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | |

**CERTIFICATION CONCERNING DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding the 30 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding the 30 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: 1) a waiver of any defense to any listed claims; 2) an acknowledgement of the allowability of any list claims; and/or 3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 19, 2011

By: _____
Name: Matthew Zaist
Title: Executive Vice-President

LA 247961