IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAM LYON HOMES, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| General William Lyon<br>c/o William Lyon Homes<br>4490 Von Karman Avenue<br>Newport Beach, CA 92660 | 94.6% | Shareholder Interest |
| The William Harwell Lyon Separate Property Trust<br>c/o Richard M. Sherman<br>840 Newport Center Drive<br>Newport Beach, CA 92660 | 5.4% | Shareholder Interest |

LA 247961

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAM LYON HOMES, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The debtor and debtor in possession (the "Debtor") in the above-captioned case, hereby certifies under penalty of perjury that the *List of Equity Security Holders* of the Debtor submitted herewith, pursuant to Local Rule 1007-1 (a) of the Bankruptcy Court for the District of Delaware, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 19, 2011

By: _____
Name: Matthew Zaist
Title: Executive Vice President

LA 247961