IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAM LYON HOMES, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the debtor and debtor in possession (the "Debtor") in the above-captioned case hereby states that the following corporations directly or indirectly own 10% or more of the Debtor's equity interests:

    Name:       General William Lyon
    Address:    c/o William Lyon Homes
                4490 Von Karman Avenue
                Newport Beach, CA 92660

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 19, 2011

By: _____
    Name: Matthew Zaist
    Title: Executive Vice President