**EXHIBIT B**

**(Form of Ballots)**

**BALLOT FOR ACCEPTING OR REJECTING THE PREPACKAGED JOINT PLAN OF REORGANIZATION FOR WILLIAM LYON HOMES, ET AL.**

**BALLOT FOR HOLDERS OF CLASS 4 PREPETITION SECURED TERM LOAN CLAIMS**

William Lyon Homes, a Delaware Corporation and certain of its affiliates (collectively, the "Debtors") are soliciting votes with respect to the *Prepackaged Joint Plan of Reorganization for William Lyon Homes, et. al.* (the "Plan"). The Plan is being submitted to you in conjunction with the related *Disclosure Statement for the Prepackaged Joint Plan of Reorganization for William Lyon Homes, et al.* (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.

This Ballot is only to be used if you are, as of the Voting Record Date,[1] a Holder of a Prepetition Secured Term Loan Claim. Please use this Ballot for voting your Class 4 Prepetition Secured Term Loan Claim to accept or reject the Plan.

**VOTING DEADLINE: 5:00 P.M., PREVAILING EASTERN TIME, ON DECEMBER 16, 2011.**

**IN ORDER FOR YOUR VOTE TO COUNT, THIS BALLOT MUST BE ACTUALLY RECEIVED BY THE VOTING DEADLINE BY THE DEBTORS' VOTING AGENT, KURTZMAN CARSON CONSULTANTS, LLC (THE "VOTING AGENT") AT THE ADDRESS SET FORTH BELOW AND CONFORM TO THE VOTING INSTRUCTIONS BELOW.**

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS BALLOT.**

**IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BE BINDING UPON YOU REGARDLESS OF WHETHER YOU HAVE VOTED ON THE PLAN.**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION ON BEHALF OF THE DEBTORS, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS MAILED WITH THIS BALLOT.**

**YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL OR OTHER PROFESSIONAL ADVICE CONCERNING THE PLAN, AS WELL AS THE CLASSIFICATION OF YOUR CLAIM. YOUR PREPETITION SECURED TERM LOAN CLAIM AGAINST THE DEBTORS HAS BEEN PLACED IN CLASS 4 UNDER THE PLAN.**

**ITEM 1. Amount of Claim.** The amount of your Claim for voting purposes is:

$ 235,000,000.[2]

---

[1] All capitalized terms used but not defined herein shall have the meaning assigned to them in the Disclosure Statement or the Plan, as applicable.

[2] This amount is on account of the compromise and settlement of the "Make Whole Amount" and "Exit Fees" under the Senior Secured Loan Agreement (as defined in the Plan).

**ITEM 2. Acceptance or Rejection of Plan.** The Prepetition Secured Term Loan Claim in the amount identified in Item 1 above hereby elects to:

☐ ACCEPT the Plan.

☐ REJECT the Plan.

**ITEM 3.  (Optional) Election To Opt-In To Release Provisions.**

Check the box below if you elect to grant the releases set forth in Article XII of the Plan.  Election to withhold consent is at your option.  If you submit your Ballot without this box checked or vote to reject the Plan, you will be deemed to have not consented to the releases set forth in Article XII of the Plan.

☐ **The undersigned elects to grant the releases contained in Article XII of the Plan.**

**ITEM 4. Acknowledgements and Certification.**

(A)      By signing this Ballot, the undersigned acknowledges that (i) the Holder has received a copy of the Plan and Disclosure Statement and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth therein, (ii) except for information provided by the Debtors in writing, and by the undersigned's own agents, such undersigned has not relied on any statements made or other information received from any person with respect to the Plan, (iii) the Holder has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials, (iv) the Holder has cast the same vote with respect to all of the Holder's Class 4 Claims, (v) the Holder understands and acknowledges that only the latest dated Ballot cast and actually received by the Voting Agent prior to the Voting Deadline with respect to the Class 4 Claim set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to the Class 4 Claim set forth in Item 1, such other Ballot shall be deemed revoked, (vi) the Holder understands and acknowledges that the Voting Agent shall verify the amount of Class 4 Claim held by the Holder as of the Voting Record Date set forth in Item 1 by submitting a summary voting report to the Debtors.  In the event of a discrepancy that cannot be resolved by the Debtors and the Holder, the amount of Class 4 Claim held by such Holder as of the Voting Record Date as provided by the Debtors shall control, and (vii) the Holder understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the Holder hereunder, shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the Holder and shall not be affected by, and shall survive, the death or incapacity of the Holder.

(B)      The undersigned certifies that it is the Holder of a Prepetition Secured Term Loan Claim or has the power and authority to vote to accept or reject the Plan on behalf of the Holder of the Prepetition Secured Term Loan Claim.

Name of Creditor:                                   _____

Social Security or Federal Tax I.D. No.:    _____

Signature:                                             _____

Print Name:                                           _____

Title:                                                    _____

Relationship to Creditor:     _____

Street Address:              _____

City, State and Zip Code:    _____

Email Address:               _____

Telephone Number:            _____

Date Completed:              _____

**YOUR BALLOT MUST BE RECEIVED BY THE VOTING AGENT, KURTZMAN CARSON CONSULTANTS, LLC, AT THE FOLLOWING ADDRESS BY 5:00 P.M. (PREVAILING EASTERN TIME) ON DECEMBER 16, 2011, OR YOUR VOTE WILL NOT BE COUNTED:**

**WILLIAM LYON HOMES BALLOT PROCESSING**
**C/O KURTZMAN CARSON CONSULTANTS, LLC**
**599 LEXINGTON AVENUE, 39TH FLOOR**
**NEW YORK, NY 10022**
**TOLL FREE (877) 833-4150**
**ITN'L CALLERS (917) 281-4800**

This Ballot shall not constitute or be deemed a proof of claim or an assertion of a claim.

YOUR RECEIPT OF THIS BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE INSTRUCTIONS DESCRIBED BELOW, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT AND PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, KURTZMAN CARSON CONSULTANTS, LLC, AT (877) 833-4150.**

**VOTING INSTRUCTIONS:**

1.      **COMPLETE ITEM 1 (if not already completed).**

2.      **COMPLETE ITEM 2.**

3.      **COMPLETE ITEM 3.**

4.      **COMPLETE ITEM 4.**

5.      **SIGN THE BALLOT.**

6.      **RETURN THE ORIGINAL BALLOT IN THE ENCLOSED PRE-ADDRESSED ENVELOPE OR BY OTHER MEANS TO THE ADDRESS SET FORTH ABOVE (SO THAT IT IS RECEIVED BY THE VOTING AGENT BEFORE THE VOTING**

DEADLINE).  YOU MAY ALSO SUBMIT YOUR BALLOT BY OVERNIGHT MAIL OR
MESSENGER TO THE ADDRESS LISTED ABOVE.  YOU MAY NOT SUBMIT YOUR
BALLOT BY FACSIMILE OR E-MAIL.

7.  YOU MUST VOTE THE FULL AMOUNT OF YOUR CLAIM COVERED BY THIS
BALLOT EITHER TO ACCEPT OR TO REJECT THE PLAN.  YOU MAY NOT SPLIT
YOUR VOTE.  ACCORDINGLY, A BALLOT THAT PARTIALLY REJECTS AND
PARTIALLY ACCEPTS THE PLAN WILL NOT BE COUNTED.

8.  ANY BALLOT RECEIVED THAT: (A) DOES NOT INDICATE EITHER AN
ACCEPTANCE OR REJECTION OF THE PLAN, (B) INDICATES BOTH AN
ACCEPTANCE AND A REJECTION OF THE PLAN, (C) IS ILLEGIBLE, MUTILATED
OR INCOMPLETE, (D) IS CAST BY A PERSON OR ENTITY THAT DOES NOT HOLD
AN INTEREST IN A CLASS THAT IS ENTITLED TO VOTE ON THE PLAN, (E) IS
CAST BY A PERSON OR ENTITY THAT IS NOT ENTITLED TO VOTE, OR (F) IS
NOT SIGNED WILL NOT BE COUNTED.

9.  IF A BALLOT IS RECEIVED AFTER THE VOTING DEADLINE, IT WILL NOT BE
COUNTED UNLESS THE DEBTORS DETERMINE OTHERWISE AND EXTEND THE
DEADLINE IN THEIR SOLE DISCRETION.  IN ALL CASES, HOLDERS SHOULD
ALLOW SUFFICIENT TIME TO ASSURE TIMELY DELIVERY.  NO BALLOT
SHOULD BE SENT TO THE DEBTORS OR THE DEBTORS' FINANCIAL ADVISORS.

10.  IF MULTIPLE BALLOTS ARE RECEIVED FROM AN INDIVIDUAL HOLDER WITH
RESPECT TO THE SAME CLAIM PRIOR TO THE VOTING DEADLINE, THE LAST
BALLOT TIMELY RECEIVED WILL SUPERSEDE AND REVOKE ANY
PREVIOUSLY RECEIVED BALLOT.

11.  THE BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR
ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE PLAN, TO
OPT-IN TO THE RELEASES SET FORTH IN ARTICLE XII OF THE PLAN AND TO
MAKE CERTAIN CERTIFICATIONS WITH RESPECT THERETO.

12.  PLEASE BE SURE TO SIGN AND DATE YOUR BALLOT.  IF YOU ARE
COMPLETING THE BALLOT ON BEHALF OF AN ENTITY, INDICATE YOUR
RELATIONSHIP WITH THAT ENTITY AND THE CAPACITY IN WHICH YOU
ARE SIGNING.

**BALLOT FOR ACCEPTING OR REJECTING THE PREPACKAGED JOINT PLAN OF REORGANIZATION FOR WILLIAM LYON HOMES, ET AL.**

**BALLOT FOR BENEFICIAL HOLDERS OF CLASS 7 OLD NOTES CLAIMS[1]**

William Lyon Homes, a Delaware corporation and certain of its affiliates (collectively, the "Debtors") are soliciting votes with respect to the *Prepackaged Joint Plan of Reorganization for William Lyon Homes, et. al.* (the "Plan"). The Plan is being submitted to you in conjunction with the related *Disclosure Statement for the Prepackaged Joint Plan of Reorganization for William Lyon Homes, et al.* (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.

This Ballot is only to be used if you are, as of the Voting Record Date,[2] a beneficial Holder of an Old Notes Claim (a "Beneficial Holder" or "Holder"). Please use this Ballot for voting your Class 7 Old Notes Claims to accept or reject the Plan.

**VOTING DEADLINE: 5:00 P.M., PREVAILING EASTERN TIME, ON DECEMBER 16, 2011.**

**IN ORDER FOR YOUR VOTE TO COUNT, YOU MUST DELIVER YOUR BALLOT TO YOUR BROKER, BANK, DEALER, AGENT OR OTHER NOMINEE (EACH OF THE FOREGOING, A "NOMINEE"). PLEASE RETURN YOUR BALLOT TO YOUR NOMINEE WELL BEFORE THE VOTING DEADLINE IN ORDER TO ALLOW SUFFICIENT TIME TO PERMIT YOUR NOMINEE TO DELIVER A MASTER BALLOT INCLUDING YOUR VOTE TO THE DEBTORS' VOTING AGENT, KURTZMAN CARSON CONSULTANTS, LLC (THE "VOTING AGENT") BY THE VOTING DEADLINE ABOVE.**

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS BALLOT.**

**IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND YOU REGARDLESS OF WHETHER YOU HAVE VOTED.**

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION ON BEHALF OF THE DEBTORS, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS MAILED WITH THIS BALLOT.**

**YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL OR OTHER PROFESSIONAL ADVICE CONCERNING THE PLAN, AS WELL AS THE CLASSIFICATION OF YOUR CLAIM. YOUR OLD NOTES CLAIM HAS BEEN PLACED IN CLASS 7 UNDER THE PLAN**

---

[1] The Old Notes consist of the: (i) 7 ½% Notes Due February 15, 2014 CUSIP #552075-AC-7; (ii) 10 ¾ Notes Due April 1, 2013, CUSIP #552075-AA-1 (iii) 7 5/8% Notes Due December 15, 2012  CUSIP #552075-AE-3; issued by William Lyon Homes, Inc., a California corporation.

[2] All capitalized terms used but not defined herein shall have the meaning assigned to them in the Disclosure Statement or the Plan, as applicable.

**ITEM 1. AGGREGATE PRINCIPAL AMOUNT OF CLASS 7 OLD NOTES CLAIMS.**
The undersigned certifies that as of November 10, 2011 (the "Voting Record Date"), the undersigned was the Beneficial Holder of an Old Notes Claim in the following aggregate unpaid principal amount (for purposes of this Ballot, you should not adjust the principal amount for any accrued or unmatured interest). $ _____. If your Notes are held by a Nominee on your behalf and you do not know the amount of Notes held, please contact your Nominee.

**ITEM 2. Acceptance or Rejection of Plan. A Holder of Old Note Claims in the Debtors** in the amount identified in Item 1 above hereby elects to:

☐ ACCEPT the Plan.

☐ REJECT the Plan.

**ITEM 3.  (Optional) Election To Opt-In To Release Provisions.**

Check the box below if you elect to grant the releases set forth in Article XII of the Plan. Election to withhold consent is at your option.  If you submit your Ballot without this box checked or vote to reject the Plan, you will be deemed to have not consented to the releases set forth in Article XII of the Plan.

☐ **The undersigned elects to grant the releases contained in Article XII of the Plan.**

**ITEM 4. Acknowledgements and Certification.**

(A)      **CERTIFICATION.** By signing this Ballot, the Holder of the Old Notes Claims identified in Item 1 certifies and/or acknowledges that: (i) it is the Beneficial Holder of the Old Notes Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Plan; (ii) it has been provided with a copy of the Plan and the Disclosure Statement, and acknowledges that the votes set forth on this Ballot are subject to all of the terms and conditions set forth in the Plan and the Disclosure Statement; (iii) it has not submitted any other Ballots relating to the Old Notes Claims voted herein that are inconsistent with the votes as set forth in this Ballot or if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the votes set forth herein; (iv) it is deemed to have consented to the submission of a Master Ballot to the Voting and Claims Agent (if applicable); and (v) either (a) this Ballot is the only Ballot submitted by the undersigned for Old Notes Claims or (b) in addition to this Ballot, one or more Ballots for Old Notes Claims have been submitted as follows (please use additional sheets of paper if necessary):

| Account Number of Other Old Notes Claim | Name of Registered Holder or Voting Nominee of Other Old Notes Claims | CUSIP Number of Other Old Notes Claims | Principal Amount of Other Old Notes Claims Voted in Other Ballots |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

Name of Claim Holder: _____

Social Security or Federal Tax I.D. No.: _____

Signature: _____

Print Name: _____

Title: _____

Relationship to Holder: _____

Street Address: _____

City, State and Zip Code: _____

Email Address: _____

Telephone Number: _____

Date Completed: _____

This Ballot shall not constitute or be deemed a proof of claim or an assertion of a claim.

**THE VOTING DEADLINE IS 5:00 P.M. PREVAILING EASTERN TIME ON DECEMBER 16, 2011, UNLESS SUCH TIME IS EXTENDED.  PLEASE RETURN YOUR COMPLETED BALLOT TO YOUR NOMINEE IN ORDER TO ALLOW SUFFICIENT TIME TO PERMIT YOUR NOMINEE TO DELIVER A MASTER BALLOT INCLUDING YOUR VOTE TO THE DEBTORS' VOTING AGENT, KURTZMAN CARSON CONSULTANTS, LLC (THE "VOTING AGENT") BY THE VOTING DEADLINE.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE INSTRUCTIONS DESCRIBED BELOW, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT AND PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, KURTZMAN CARSON CONSULTANTS, LLC, AT (877) 833-4150.**

1.   COMPLETE ITEM 1 (if not already completed).

2.   COMPLETE ITEM 2.

3.   COMPLETE ITEM 3.

4.   COMPLETE ITEM 4.

5.   SIGN THE BALLOT.

6.   RETURN THE ORIGINAL BALLOT IN THE ENCLOSED PRE-ADDRESSED ENVELOPE OR BY OTHER MEANS TO THE <u>ADDRESS LISTED ON THE ENVELOPE</u> (SO THAT IT IS RECEIVED BY THE NOMINEE WELL BEFORE THE VOTING DEADLINE).

7.   YOU MUST SUBMIT YOUR BALLOT TO THE NOMINEE BY MAIL OR OTHER METHOD ACCEPTABLE TO THE NOMINEE.  YOU MUST ALSO ALLOW ENOUGH TIME FOR YOUR NOMINEE TO CAST YOUR VOTE ON A MASTER BALLOT (THE "<u>MASTER BALLOT</u>") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING AGENT ON OR BEFORE THE VOTING DEADLINE.  YOU MUST SUBMIT YOUR BALLOT TO THE NOMINEE.  YOU MAY NOT SUBMIT YOUR BALLOT DIRECTLY TO VOTING AGENT.  <u>ANY BALLOT SUBMITTED DIRECTLY TO THE VOTING AGENT WILL NOT BE COUNTED.</u>

8.   YOU MUST VOTE THE FULL AMOUNT OF YOUR CLASS 7 OLD NOTES CLAIM.  YOU MAY NOT SPLIT YOUR VOTE.  ACCORDINGLY, A BALLOT THAT PARTIALLY REJECTS AND PARTIALLY ACCEPTS THE PLAN WILL NOT BE COUNTED.

9.   <u>IF YOU HOLD CLASS 7 OLD NOTE CLAIMS IN MULTIPLE CUSIPS YOU MAY RECEIVE MORE THAN ONE BALLOT.  EACH BALLOT WILL BE CODED FOR A DIFFERENT CUSIP.  EACH BALLOT VOTES ONLY YOUR CLAIMS INDICATED ON THAT BALLOT, SO PLEASE COMPLETE AND RETURN EACH BALLOT THAT YOU RECEIVED.</u>

10.  ANY BALLOT RECEIVED THAT: (A) DOES NOT INDICATE EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN, (B) INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN, (C) IS ILLEGIBLE, MUTILATED OR INCOMPLETE, (D) IS CAST BY A PERSON OR ENTITY THAT DOES NOT HOLD A CLAIM IN A CLASS THAT IS ENTITLED TO VOTE ON THE PLAN, (E) IS CAST BY A PERSON OR ENTITY THAT IS NOT ENTITLED TO VOTE, OR (F) IS NOT SIGNED, WILL NOT BE COUNTED.

11.  IF A BALLOT IS RECEIVED AFTER THE VOTING DEADLINE, IT WILL NOT BE COUNTED UNLESS THE DEBTORS DECIDE TO EXTEND THE DEADLINE IN THEIR SOLE DISCRETION.  IN ALL CASES, HOLDERS SHOULD ALLOW SUFFICIENT TIME TO ASSURE TIMELY DELIVERY.  NO BALLOT SHOULD BE SENT TO THE DEBTORS OR THE DEBTORS' FINANCIAL ADVISORS.

12.  IF MULTIPLE BALLOTS ARE RECEIVED FROM AN INDIVIDUAL HOLDER WITH RESPECT TO THE SAME OLD NOTES CLAIM PRIOR TO THE VOTING DEADLINE,

**THE LAST BALLOT TIMELY RECEIVED WILL SUPERSEDE AND REVOKE ANY PREVIOUSLY RECEIVED BALLOT.**

13.    **THE BALLOT IS NOT A LETTER OF TRANSMITTAL AND MAY NOT BE USED FOR ANY PURPOSE OTHER THAN TO VOTE TO ACCEPT OR REJECT THE PLAN, TO OPT-IN TO THE RELEASES SET FORTH IN ARTICLE XII OF THE PLAN AND TO MAKE CERTAIN CERTIFICATIONS WITH RESPECT THERETO.  ACCORDINGLY, AT THIS TIME, CREDITORS SHOULD NOT SURRENDER CERTIFICATES EVIDENCING THEIR CLAIMS, AND THE DEBTORS WILL NOT ACCEPT DELIVERY OF ANY SUCH CERTIFICATES OR INSTRUMENTS SURRENDERED TOGETHER WITH A BALLOT.**

14.    **PLEASE BE SURE TO SIGN AND DATE YOUR BALLOT.  IF YOU ARE COMPLETING THE BALLOT ON BEHALF OF AN ENTITY, INDICATE YOUR RELATIONSHIP WITH THAT ENTITY AND THE CAPACITY IN WHICH YOU ARE SIGNING.**

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE PREPACKAGED JOINT PLAN OF REORGANIZATION FOR WILLIAM LYON HOMES, ET AL.**

**MASTER BALLOT FOR CLASS 7 OLD NOTES CLAIMS**

William Lyon Homes, a Delaware Corporation, and certain of its affiliates (collectively, the "Debtors") are soliciting votes with respect to the *Prepackaged Joint Plan of Reorganization for William Lyon Homes, et al.* (the "Plan"). The Plan is being submitted to you in conjunction with the related *Disclosure Statement for the Prepackaged Joint Plan of Reorganization for William Lyon Homes, et al.* (the "Disclosure Statement").

This Master Ballot[1] is being sent to you as a broker, dealer, bank, trust company or other nominee (or as their proxy holder or agent) (each, a "Nominee") to solicit votes of beneficial holders (each, a "Beneficial Holder") of the Old Notes Claims to accept or reject the Plan.  Please take any action that is required to enable each Beneficial Holder to timely vote its Old Notes Claims.  As used herein, the term "Ballot" refers to any ballot executed by a Beneficial Holder.

**VOTING DEADLINE: 5:00 P.M., PREVAILING EASTERN TIME, ON DECEMBER 16, 2011.**

**If this Master Ballot is not received by the Debtors' Voting Agent, Kurtzman Carson Consultants, LLC (the "Voting Agent"), on or before the Voting Deadline, any votes transmitted under this Master Ballot will not be counted.  Therefore, you must allow sufficient time to be sure that the Master Ballot is received by the Voting Agent before the Voting Deadline.  Master Ballots will not be accepted by facsimile or other means of electronic transmission.**

**Nothing contained herein or in the enclosed documents shall render you or any other person an agent of the Debtors or the Voting Agent, or authorize you or any other person to use any document or make any statements on behalf of any of them with respect to the Plan.**

**You should review the Disclosure Statement and the Plan before you transmit votes.  You or the Beneficial Holder of the Old Notes Claim whose vote you are transmitting may wish to seek legal or other professional advice concerning the Plan and the classification of Old Notes Claims under the Plan.  The Old Notes Claims against the Debtors have been placed in Class 7 under the Plan and are all Claims based on the following series of notes issued by CA Lyon:**

| Series of Notes | CUSIP # |
|---|---|
| 7 ⅝% Notes due December 15, 2012 | CUSIP #552075-AE-3 |
| 10 ¾% Notes due April 1, 2013 | CUSIP #552075-AA-1 |
| 7 ½% Notes due February 15, 2014 | CUSIP #552075-AC-7 |

**Votes to accept or reject the Plan from Beneficial Holders of Old Notes will be returned to you on Ballots.  For each completed, executed Ballot returned to you by a**

---

[1] All capitalized terms used but not defined herein shall have the meaning assigned to them in the Disclosure Statement or the Plan, as applicable.

**Beneficial Holder, you must retain a copy of such Ballot in your files for at least one (1) year from the Voting Deadline.**

**Prior to completing this Master Ballot, please refer to the instructions attached to this Master Ballot for further explanation on how to complete the items set forth below.**

**ITEM 1. Certification of Authority to Vote.** The undersigned certifies that as of the Voting Record Date, the undersigned (please check the appropriate box):

☐     Is a broker, dealer, commercial bank, trust company or other nominee for the Beneficial Holders of the aggregate principal amount of Old Notes listed in Item 2 below, and is the registered holder of such securities; or

☐     Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a broker, dealer, commercial bank, trust company or other nominee that is the registered holder of the aggregate principal amount of Old Notes listed in Item 2 below; or

☐     Has been granted a proxy (an original of which is attached hereto) from a broker, dealer, commercial bank, trust company or other nominee, or the beneficial owner, that is the registered holder of the aggregate principal amount of Old Notes listed in Item 2 below, and accordingly, has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holders of the Old Notes described in Item 2 below.

**ITEM 2. Vote on the Plan.** The undersigned certifies that the following Beneficial Holders of Old Notes Claims, as identified by their respective customer account numbers set forth below, were Beneficial Holders of the Old Notes Claims on the Voting Record Date and have delivered to the undersigned, as Nominee, properly executed Ballots casting votes on the Plan. Indicate in the appropriate column the aggregate principal amount voted for each account, or attach such information to this Master Ballot in the form of the following table. Please note each Beneficial Holder must vote all of its Old Notes Claims to accept or reject the Plan and may not split such vote.

| Customer Account Number for Each Beneficial Holder of the Old Notes Claims | Principal Amount of the Old Notes Claims Voted to ACCEPT or REJECT the Plan in Item 2 of the Ballot | | Beneficial Holder Agreed to the Plan Releases by Checking Item 3 of the Ballot<br><br>Yes or No |
|---|---|---|---|
| | **ACCEPT** | **REJECT** | |
| 1. | $ | $ | |
| 2. | $ | $ | |
| 3. | $ | $ | |
| 4. | $ | $ | |
| 5. | $ | $ | |
| 6. | $ | $ | |

3

| | | | |
|---|---|---|---|
| 7. | $ | $ | |
| 8. | $ | $ | |
| 9. | $ | $ | |
| 10. | $ | $ | |
| TOTALS: | $ | $ | |

**ITEM 3. Certification as to Transcription of Information from Item 4 as to Old Note Claims Voted Through Other Old Note Claims Ballots.** The undersigned certifies that the undersigned has transcribed in the following table the information, if any, provided by Beneficial Holders of Old Note Claims in Item 4 of the Beneficial Holder's Ballot, identifying and Old Note Claims for which such Beneficial Holders have submitted other Old Note Claims Ballots other than to the undersigned.

| **YOUR Customer Account Number for Each Beneficial Owner Which Completed Item 4 of the Old Note Claim Beneficial Holder Ballot** | **Transcribe From Item 4 of the Old Note Claim Beneficial Holder Ballot** | | | |
|---|---|---|---|---|
| | **Account Number** | **Name of Nominee** | **CUSIP Number of Old Note Claims** | **Principal Amount of Other Old Note Claims Voted** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ITEM 4. Certification.** By signing this Master Ballot, the undersigned certifies that (a) each Beneficial Holder of the Old Notes Claims listed in Item 2, above, has been provided with the a copy of the Plan and Disclosure Statement, (b) it is the registered holder of the Old Notes to which this Master Ballot pertains and/or has the full power and authority to vote to accept or reject the Plan; and (c) it accurately

transcribed all applicable information from the Class 7 Ballots received from each Beneficial Owner.  The undersigned also acknowledges that the solicitation of this vote to accept or reject the Plan is subject to all the terms and conditions set forth in the Plan and Disclosure Statement.

Name of Nominee: _____

Participant Number: _____

Name of Proxy Holder or Agent For Nominee: _____

Signature: _____

Print Name: _____

Title: _____

Street Address: _____

City, State and Zip Code: _____

Email Address: _____

Telephone Number: _____

Date Completed: _____

THIS MASTER BALLOT MUST BE RECEIVED BY THE VOTING AGENT, KURTZMAN CARSON CONSULTANTS LLC, AT THE FOLLOWING ADDRESS BY 5:00 P.M., PREVAILING EASTERN TIME, ON DECEMBER 16, 2011, OR YOUR CUSTOMERS' VOTES WILL NOT BE COUNTED:

**WILLIAM LYON HOMES BALLOT PROCESSING**
**C/O KURTZMAN CARSON CONSULTANTS, LLC**
**599 LEXINGTON AVENUE, 39TH FLOOR**
**NEW YORK, NY 10022**
**TOLL FREE (877) 833-4150**
**ITN'L CALLERS (917) 281-4800**

**MASTER BALLOTS RECEIVED BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE COUNTED**

IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT OR THE PROCEDURES DESCRIBED HEREIN, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN AND THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, KURTZMAN CARSON CONSULTANTS LLC, AT (877) 833-4150.

## INSTRUCTIONS FOR COMPLETING THE MASTER BALLOT

The Debtors are soliciting your customers' votes on the Plan attached to the Disclosure Statement. The Master Ballot is to be used by brokers, dealers, banks, trust companies or other nominee (or as their proxy holders or agents) of Beneficial Holders of the Notes Claims. The Master Ballot must summarize votes cast by Beneficial Holders to accept or reject the Plan pursuant to the Ballots. **The Master Ballot does not constitute and shall *not* be deemed to constitute (a) a proof of claim or (b) an admission by the Debtors of the nature, validity, or amount of any claim.**

You must deliver the (i) Ballots, (ii) pre-addressed return envelope addressed to you; (iii) Plan, (iv) Disclosure Statement, (v) Plan solicitation cover letter and any other relevant materials to each Beneficial Holder for whom you hold Old Notes, and take any action required to enable each such Beneficial Holder to timely vote its Old Notes Claim to accept or reject the Plan. With regard to any Ballots returned to you, you must (1) execute the Master Ballot so as to reflect the votes given to you in the Ballots by the Beneficial Holders for whom you hold Old Notes and (2) forward such Master Ballots to the Voting Agent.

Multiple Master Ballots may be completed and delivered to the Voting Agent. Votes reflected by multiple Master Ballots will be counted except to the extent that the votes thereon are duplicative of other Master Ballots. If two or more Master Ballots are inconsistent, the latest Master Ballots received prior to the Voting Deadline will, to the extent of such inconsistency, supersede and revoke any prior Master Ballot. If more than one Master Ballot is submitted and the later Master Ballot(s) supplements rather than supersedes earlier Master Ballot(s), please mark the subsequent Master Ballot(s) with the words "Additional Vote" or such other language as you customarily use to indicate an additional vote that is not meant to revoke an earlier vote.

**To have the votes of your customers count, you must complete, sign and return this Master Ballot so that it is RECEIVED by the Voting Agent, Kurtzman Carson Consultants LLC, by 5:00 P.M., Prevailing Eastern Time, on <u>December 16, 2011</u>. Unsigned Master Ballots will not be counted.**

To complete the Master Ballot properly, take the following steps:

(a)     Check the appropriate box in Item 1 on the Master Ballot;

(b)     To transmit the votes of Beneficial Holders of Old Notes Claims, indicate the votes to accept or reject the Plan in Item 2 of the Master Ballot. Also indicate whether the Beneficial Holder agreed to the Releases contained in Article XII of the Plan by checking Item 3 of the Master Ballot. To identify such Beneficial Holders without disclosing their names, please use the customer account number assigned by you to each such Beneficial Holder, or if no such customer account number exists, please assign a number to each account (making sure to retain a separate list of each beneficial owner and the assigned number). **IMPORTANT: EACH BENEFICIAL HOLDER MUST VOTE *ALL* OF ITS OLD NOTES CLAIM *EITHER* TO ACCEPT *OR* REJECT THE PLAN, AND MAY NOT SPLIT ITS VOTE. IF ANY BENEFICIAL HOLDER HAS ATTEMPTED TO SPLIT SUCH VOTE, PLEASE CONTACT THE VOTING AGENT IMMEDIATELY.** Any Ballot or Master Ballot that is signed, dated and timely received, but does not indicate acceptance or rejection of the Plan will not be counted for purposes of voting on the Plan;

7

(d)     Please note that Item 3 of the Master Ballot requests that you transcribe the information provided by each Beneficial Holder in Item 4 of the Beneficial Holder Ballot relating to other Old Note Claims voted;

(e)     **Review** the certification in Item 4 of the Master Ballot;

(f)     Sign and date the Master Ballot and provide the remaining information requested;

(g)     If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable Item on the Master Ballot to which you are responding;

(h)     **Contact** the Voting Agent if you need any additional information; and

(i)     **Deliver** the completed, executed Master Ballot so as to be received by the Voting Agent before the Voting Deadline.  For each completed, executed Ballot returned to you by a Beneficial Holder, either forward such Ballot (along with your Master Ballot) to the Voting Agent or retain such Ballot in your files for one year from the Voting Deadline.

**IF YOU HAVE ANY QUESTIONS REGARDING THE MASTER BALLOT OR THE INSTRUCTIONS ABOVE, PLEASE CALL THE VOTING AGENT, KURTZMAN CARSON CONSULTANTS, LLC AT (877) 833-4150.**