IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAM LYON HOMES, et al.,[1] | ) | Case No. __11-14019__ (___) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |

## DECLARATION OF PETER WALSH OF KURTZMAN CARSON CONSULTANTS LLC REGARDING THE MAILING, VOTING AND TABULATION OF BALLOTS ACCEPTING AND REJECTING PREPACKAGED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR WILLIAM LYON HOMES, ET AL.

I, Peter Walsh, declare and state under the penalty of perjury:

1. I am a Senior Managing Consultant employed by Kurtzman Carson Consultants, LLC (the "Voting Agent"), whose business address is 599 Lexington Avenue, 39th Floor, New York, NY 10022. I am over the age of 18 and not a party to this action.

2. I and others under my supervision worked with William Lyon Homes, a Delaware corporation ("DE Lyon") and its affiliated debtors and debtors in possession (collectively, the "Debtors" or the "Company") and counsel to the Debtors to solicit votes to accept or reject the *Prepackaged Joint Plan of Reorganization for William Lyon Homes, et al.* dated November 17, 2011 (the "Plan") and to tabulate the ballots of creditors voting to accept or reject the Plan.

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective taxpayer identification numbers are as follows: William Lyon Homes (4902); William Lyon Homes, Inc., (3855); Mountain Falls Golf Course, LLC (3291); Mountain Falls, LLC (9631); Circle G at the Church Farm North Joint Venture, LLC (1322); Presley CMR, Inc. (3862); William Lyon Southwest, Inc. (8474); Sycamore CC, Inc. (1307); PH-LP Ventures (9119); PH Ventures – San Jose (5089); HSP, Inc. (6045); PH Rielly Ventures (7710); Lyon Waterfront, LLC (1928); Lyon East Garrison Company I, LLC (5692); WLH Enterprises (3333); Duxford Financial, Inc. (0824); California Equity Funding, Inc. (0016); Laguna Big Horn, LLC (2590); Presley Homes (5035); Cerro Plata Associates, LLC (5090); Whitney Ranch Village 5, LLC (5256); and Duxford Insurance Services, LLC (8232). The Debtors' mailing address is 4490 Von Karman Avenue, Newport Beach, CA 92660.

Except as otherwise noted, I could and would testify to the following based upon my personal knowledge. I am authorized to submit this Declaration on behalf of the Voting Agent.

3. The Voting Agent has considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged plans of reorganization.

## SERVICE AND TRANSMITTAL OF SOLICITATION PACKAGES AND THE TABULATION PROCESS

4. The Debtors established November 10, 2011, as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan. Pursuant to the Plan, holders of claims in Class 4 (Prepetition Secured Loan Agreement Claims) and Class 7 (Old Notes Claims) (the "Voting Classes") were entitled to vote to accept or reject the Plan. No other classes were entitled to vote on the Plan.

5. With respect to the Class 4 Prepetition Secured Loan Agreement Claims, the Voting Agent relied on a list of holders provided by counsel for the Administrative Agent under the Prepetition Secured Loan Agreement as of the Voting Record Date to identify the holders of claims entitled to vote to accept or reject the Plan. For the Class 7 Old Notes Claims, the Voting Agent relied on security position reports provided by the Depository Trust Company ("DTC") as of the Voting Record Date to identify the holders of 7.50% Senior Notes, 10.75% Senior Notes and 7.625% Senior Notes (together, collectively the "Old Notes") entitled to vote to accept or reject the Plan.

6. In accordance with the solicitation procedures as set forth in the *Motion of the Debtors for Order (A) Scheduling Combined Hearing to Consider Approval of Disclosure*

*Statement and Prepackaged Plan; (B) Establishing Deadlines and Procedures to Object to Same; (C) Approving Solicitation Procedures and Solicitation Package; (D) Approving Form and Manner of Notice of Plan Confirmation Hearing Commencement of Cases; and (E) Granting Related Relief,* filed contemporaneously herewith, the Voting Agent served the following solicitation package to the holders of claims in the Voting Classes as of the Voting Record Date:

    (a)    a solicitation cover letter from the Company addressed to the voting creditor;

    (b)    the appropriate form of Ballot and instructions for completing the ballot (the "Ballot");

    (c)    a pre-addressed return envelope;

    (d)    the Disclosure Statement with all exhibits; and

    (e)    the Plan

7.    All ballots cast by holders of Class 4 Prepetition Secured Loan Agreement Claims and Class 7 Old Notes Claims were required to be delivered to the Voting Agent, or the Nominee, as applicable, so as to be received by the Voting Agent no later than December 16, 2011 at 5:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").

8.    The Voting Agent received and tabulated the ballots as follows: (a) each returned ballot was opened and/or inspected at the Voting Agent's office; (b) ballots were date-stamped; and (c) all ballots received were then tabulated. In order for a ballot to be counted as valid, it had to contain sufficient information to permit the identification of the holder, be signed, and indicate an acceptance or rejection of the Plan.

9. Attached as **Exhibit A** is a summary of the voting results with respect to the Voting Class.[2]

10. To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2011

_____
PETER WALSH

---

[2] Certain Beneficial Holder Ballots were received by KCC from Luxor Capital Group, L.P., and certain affiliated parties, ("Luxor") that represented voting instructions to Accept the Plan which were not included on Master Ballots submitted by one of their Nominees. KCC reviewed the tabulation of Master Ballots submitted by the Nominees and validated that Luxor's voting instructions were not included in the tabulation, as these were not reported by their Nominee on submitted Master Ballots. The tabulation of votes to Accept or Reject the Plan, which includes as a separate subsection these Luxor voting instructions, is included on Exhibit A.