# Exhibit A

EXHIBIT A

Vote Summary

| Class Name | Class Description | Total Members | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total Amount in Class | Total Amount Voted | Amount Accepted | Amount Rejected | % Amount Accepted | % Amount Rejected | Members Grant Release | Amount Grant Release |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 4 | Prepetition Secured Loan Agreement Claims | 1 | 1 | 1 | 0 | 100.00% | 0.00% | $235,000,000.00 | $235,000,000.00 | $235,000,000.00 | $0.00 | 100.00% | 0.00% | 1 | $235,000,000.00 |
| Class 7 | Old Note Claims | n/a | 445 | 414 | 31 | 93.03% | 6.97% | $283,849,000.00 | $139,749,198.00 | $135,842,198.00 | $3,907,000.00 | 97.20% | 2.80% | 207 | $125,643,198.00 |

The tabulation below reflects certain Beneficial Holder Ballots that were received by KCC from Luxor Capital Group, L.P., and certain affiliated parties, ("Luxor") that represented voting instructions to Accept the Plan which were not included on Master Ballots submitted by one of their Nominees.

| Class Name | Class Description | Total Members | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total Amount in Class | Total Amount Voted | Amount Accepted | Amount Rejected | % Amount Accepted | % Amount Rejected | Members Grant Release | Amount Grant Release |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 7 | Old Note Claims | n/a | 452 | 421 | 31 | 93.14% | 6.86% | $283,849,000.00 | $194,726,198.00 | $190,819,198.00 | $3,907,000.00 | 97.99% | 2.01% | 225 | $180,620,198.00 |

William Lyon Homes, *et al*.
Case No._____ (___)