# EXHIBIT A



Footnote A - Due to waterfall provisions in each operating agreement, percentage ownership changes over time.

Rev: 11/08/11