# EXHIBIT A

**Proposed Order**

DOCS_DE:176138.3 93949-001

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAM LYON HOMES, *et al.*,[1] | ) | Case No. 11-14019 (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**ORDER GRANTING DEBTORS' MOTION FOR PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 363(B) AND APPROVING CERTAIN RIGHTS OFFERING PROCEDURES AND FORMS IN CONNECTION THEREWITH**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order pursuant to Sections 105(a) and 363(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Debtors to approve the Rights Offering Procedures, the Subscription Agreement, the Registration Agreement, and related forms, and granting related relief; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective taxpayer identification numbers are as follows: William Lyon Homes (4902); William Lyon Homes, Inc. (3855); Mountain Falls Golf Course, LLC (3291); Mountain Falls, LLC (9631); Circle G at the Church Farm North Joint Venture, LLC (1322); Presley CMR, Inc. (3862); William Lyon Southwest, Inc. (8474); Sycamore CC, Inc. (1307); PH-LP Ventures (9119); PH Ventures – San Jose (5089); HSP, Inc. (6045); PH Rielly Ventures (7710); Lyon Waterfront, LLC (1928); Lyon East Garrison Company I, LLC (5692); WLH Enterprises (3333); Duxford Financial, Inc. (0824); California Equity Funding, Inc. (0016); Laguna Big Horn, LLC (2590); Presley Homes (5035); Cerro Plata Associates, LLC (5090); Whitney Ranch Village 5, LLC (5256); and Duxford Insurance Services, LLC (8232). The Debtors' mailing address is 4490 Von Karman Avenue, Newport Beach, CA 92660.

[2] Unless otherwise noted, capitalized terms used herein have the meanings ascribed in the Motion.

- 1 -

notice of the Motion having been given as set forth in the Motion; and it appearing that no further notice of the Motion need be given; and having heard the statements of counsel in support of the relief requested in the Motion at the hearing before the Court; and the Debtors having established that the relief is necessary to avoid immediate and irreparable harm in accordance with Bankruptcy Rule 6003; and any objections to the requested relief having been withdrawn or overruled on the merits; and, after due deliberation and sufficient cause appearing therefor, this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; it is hereby

ORDERED, DECREED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to conduct the Rights Offering substantially in accordance with the Rights Offering Procedures.

3. The Debtors are authorized to make non-substantive modifications to the Rights Offering Procedures solely with the consent of the Backstop Investors, which such modifications must be in compliance with the terms of the Colony RSA, the Noteholders RSA, and Backstop Commitment Agreement.

4. The Subscription Agreement and the Registration Agreement, substantially in the form as attached hereto as **Exhibit A** and **Exhibit B**, respectively, are approved.

5. The Debtors are authorized to make non-substantive amendments to the Subscription Agreement, and the Registration Agreement solely with the consent of the Backstop

- 3 -

Investors, which such modifications must be in compliance with the terms of the Colony RSA, the Noteholders RSA and Backstop Commitment Agreement.

6.  In accordance with the Rights Offering Procedures, the Debtors shall distribute to all Eligible Participants the Subscription Agreement, together with detailed instructions for the proper completion, due execution and timely delivery of the Subscription Agreement to the Rights Offering Agent.

7.  In accordance with the Rights Offering Procedures, the Rights Offering will commence on the day upon which the Subscription Agreement is mailed or otherwise made available to Eligible Participants. The Rights Offering will end, and any unexercised Subscription Rights will expire, at 5:00 p.m. (prevailing Eastern time) on _____, 2012.

8.  Rule 6003 of the Bankruptcy Rules has been satisfied.

9.  Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

11. This Order shall be binding on all successors and assigns, including any trustee appointed in these Chapter 11 Cases.

- 4 -

12. Notwithstanding anything to the contrary in the Subscription Agreement, this Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2011

_____
UNITED STATES BANKRUPTCY JUDGE