IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAM LYON HOMES, *et al.*,[1] | ) | Case No. 11-14019 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Related to Docket No. 5** |

**ORDER: (A) SCHEDULING COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND PREPACKAGED PLAN; (B) ESTABLISHING DEADLINES AND PROCEDURES TO OBJECT TO SAME; (C) APPROVING SOLICITATION PROCEDURES AND SOLICITATION PACKAGE; (D) APPROVING FORM AND MANNER OF NOTICE OF PLAN CONFIRMATION HEARING AND COMMENCEMENT OF CASES; AND (E) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order"): (a) scheduling a combined hearing to consider approval of the Disclosure Statement and Plan; (b) establishing deadlines and procedures to object to same; (c) approving solicitation procedures and the solicitation package; (d) approving the form and manner of the notice of plan confirmation hearing and the commencement of these chapter 11 cases; and (e) granting related relief; and the Court having considered the Zaist Declaration and the Voting Declaration; it appearing that the

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective taxpayer identification numbers are as follows: William Lyon Homes (4902); William Lyon Homes, Inc., (3855); Mountain Falls Golf Course, LLC (3291); Mountain Falls, LLC (9631); Circle G at the Church Farm North Joint Venture, LLC (1322); Presley CMR, Inc. (3862); William Lyon Southwest, Inc. (8474); Sycamore CC, Inc. (1307); PH-LP Ventures (9119); PH Ventures – San Jose (5089); HSP, Inc. (6045); PH Rielly Ventures (7710); Lyon Waterfront, LLC (1928); Lyon East Garrison Company I, LLC (5692); WLH Enterprises (3333); Duxford Financial, Inc. (0824); California Equity Funding, Inc. (0016); Laguna Big Horn, LLC (2590); Presley Homes (5035); Cerro Plata Associates, LLC (5090); Whitney Ranch Village 5, LLC (5256); and Duxford Insurance Services, LLC (8232). The Debtors' mailing address is 4490 Von Karman Avenue, Newport Beach, CA 92660.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as provided herein.

2. The Confirmation Hearing, at which time the Court will consider, among other things, the adequacy of the Disclosure Statement and confirmation of the Plan, shall commence at 1:00 p.m., (prevailing Eastern Time) on 2/10, 2012, which date may be continued from time to time without further notice other than adjournments announced in open court.

3. Any objections to the Disclosure Statement or confirmation of the Plan must be filed, together with proof of service, with the Bankruptcy Court so as to be **actually received** by 4:00 p.m. (prevailing Eastern time) on February 3, 2012 (the "Objection Deadline"), unless otherwise agreed-to by the Debtors in their sole discretion.

4. Any objections to the Disclosure Statement or confirmation of the Plan must:

    a. be in writing;

    b. comply with the Bankruptcy Rules and the Local Rules;

    c. state the name and address of the objecting party and the amount and nature of the claim or equity interest beneficially owned by such entity; and

    d.    state with particularity the legal and factual basis for such objections, and, if practicable, a proposed modification to the Plan that would resolve such objection.

5.    Any objections to the Disclosure Statement or confirmation of the Plan must be served so that they are **actually received** no later than the Objection Deadline by the following parties:

    a.    The Debtors, William Lyon Homes, Corporate Office, 4490 Von Karman Avenue, Newport Beach, California 92660 (Attn: Matthew Zaist, Executive Vice President);

    b.    Counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones);

    c.    Special Counsel to the Debtors, Irell & Manella LLP, 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324 (Attn: Jeffrey M. Reisner);

    d.    Counsel to the Backstop Investors, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0193 (Attn: Matthew K. Kelsey and J. Eric Wise);

    e.    Counsel to the Ad Hoc Noteholders Group, Milbank, Tweed, Hadley & McCloy LLP, 601 South Figueroa Street, Los Angeles, California 90017 (Attn: Mark Shinderman and Neil Wertlieb);

    f.    Delaware Counsel to the Ad Hoc Noteholders Group, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 18th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Deliveries 19801) (Attn: Robert J. Dehney);

    g.    Counsel to the Prepetition Agent and the Prepetition Secured Lenders, Akin Gump Strauss Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, CA 90067-3010 (Attn: David P. Simonds) and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 13013 Market Street, P.O. Box 1790, Wilmington DE 19801-1151 (Attn: David Stratton); and

    h.    The Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801.

6.    The form of the Confirmation Hearing Notice, which shall be mailed out no later than January 6, 2012 provided that the Rights Offering Approval Order has been previously

approved, substantially in the form attached hereto as <u>Exhibit A</u>, complies with the requirements of Bankruptcy Rules 2002 and 3017 and is hereby approved in its entirety.

7.   The Ballots, substantially in the form attached hereto as <u>Exhibit B</u>, are hereby approved.

8.   The Notices of Non-Voting Status, substantially in the form attached hereto as <u>Exhibit C</u>, are hereby approved.

9.   The Debtors may file a Plan Supplement on or ten (10) days prior to the Confirmation Hearing date.

10.  The Debtors are authorized, but not directed, to enter into transactions to cause notice of the Confirmation Hearing to be published in the national edition of *USA Today*, or a similar nationally circulated publication by January 13, 2012, and to make reasonable payments required for such publication.

11.  The Record Date for purposes of determining which holders of claims and equity interests that are not entitled to vote to accept or reject the Plan are entitled to receive the Confirmation Hearing Notice shall be November 10, 2011.

12.  The Solicitation Procedures utilized by the Debtors for distribution of the Solicitation Packages as set forth in the Motion in soliciting acceptances and rejections of the Plan satisfy the requirements of the Bankruptcy Code and the Bankruptcy Rules and are hereby approved.

13.  The procedures used for tabulations of votes to accept or reject the Plan as set forth in the Motion and as provided by the Ballot is approved.

14. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

15. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

16. Notwithstanding the possible applicability of Bankruptcy Rules 6003, 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

17. The Debtors may file a reply to any objections to their Disclosure Statement and Plan and/or a brief in support of confirmation of the Plan.

18. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: 12/20, 2011
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge