IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAM LYON HOMES, *et al.*,[1] | ) | Case No. 11-14019 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 7 and 53** |

**PLAN SUPPLEMENT TO PREPACKAGED JOINT PLAN OF
REORGANIZATION FOR WILLIAM LYON HOMES, et al.**[2]

The above-captioned debtors and debtors in possession (collectively, the

"Debtors") hereby submit this Plan Supplement to the *Prepackaged Joint Plan of Reorganization*

*of PTL Holdings LLC, et al., Under Chapter 11 of the Bankruptcy Code [Docket No.13]* (the

"Plan") substantially in the forms of the documents referenced below and annexed hereto.

Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Plan.

1. Attached as Exhibit 1 is the list of Executory Contracts to be rejected pursuant to the Plan.

2. Attached as Exhibit 2 is the list of Causes of Action to be reserved pursuant to the Plan.

3. Attached as Exhibit 3 is the Class A Registration Rights Agreement.

4. Attached as Exhibit 4 is the Second Lien Note Registration Rights Agreement

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective taxpayer identification numbers are as follows: William Lyon Homes (4902); William Lyon Homes, Inc. (3855); Mountain Falls Golf Course, LLC (3291); Mountain Falls, LLC (9631); Circle G at the Church Farm North Joint Venture, LLC (1322); Presley CMR, Inc. (3862); William Lyon Southwest, Inc. (8474); Sycamore CC, Inc. (1307); PH-LP Ventures (9119); PH Ventures – San Jose (5089); HSP, Inc. (6045); PH Rielly Ventures (7710); Lyon Waterfront, LLC (1928); Lyon East Garrison Company I, LLC (5692); WLH Enterprises (3333); Duxford Financial, Inc. (0824); California Equity Funding, Inc. (0016); Laguna Big Horn, LLC (2590); Presley Homes (5035); Cerro Plata Associates, LLC (5090); Whitney Ranch Village 5, LLC (5256); and Duxford Insurance Services, LLC (8232). The Debtors' mailing address is 4490 Von Karman Avenue, Newport Beach, CA 92660.

[2] All of the proposed documents attached as Exhibits to the Plan Supplement are subject to revision by the Debtors, subject to consent or approval rights of certain parties. Any material revisions to these documents shall be filed with the Court prior to the Plan going effective.

5. Attached as Exhibit 5 is the list of Litigation Claims.

6. Attached as Exhibit 6 is the New Second Lien Notes Indenture.

7. Attached as Exhibit 7 is the Class B Registration Rights Agreement.

8. Attached as Exhibit 8 is the Class B Common Stock Purchase Agreement.

9. Attached as Exhibit 9 is the Guaranty related to the New Second Lien Notes.

10. Attached as Exhibit 10 is the Security Agreement related to the New Second Lien Notes.

11. Attached as Exhibit 11 is the Pledge Agreement related to the New Second Lien Notes.

12. Attached as Exhibit 12 the Second Lien Hazardous Materials Indemnity related to the New Second Lien Notes.

13. Attached as Exhibit 13 is the Restructured First Lien Loan Agreement.

14. Attached as Exhibit 14 is the Joinder to Unconditional Guaranty related to the Restructured First Lien Loan Agreement.

15. Attached as Exhibit 15 is the Security Agreement related to the Restructured First Lien Loan Agreement.

16. Attached as Exhibit 16 is the Pledge Agreement related to the Restructured First Lien Loan Agreement.

17. Attached as Exhibit 17 is the First Lien Hazardous Materials Indemnity related to the Restructured First Lien Loan Agreement.

18. Attached as Exhibit 18 is the Intercompany Subordination Agreement related to the Restructured First Lien Loan Agreement.

19. Attached as Exhibit 19 is the Subordination and Intercreditor Agreement.

20. Attached as Exhibit 20 is the Warrants.

21. Attached as Exhibit 21 is the list of proposed officers and directors of the Reorganized Debtors.

22. Attached as Exhibit 22 is the Equity Commitment Letter and Amendment thereto.

23. Referred as Exhibit 23 is that certain *Notice of Filing of Amended and Restated Certificate of Incorporation of William Lyon Homes* [Docket No. 153] filed on January 12, 2012 and incorporated herein.

24. Referred as Exhibit 24 is that certain *Notice of Filing of Amended and Restated Bylaws of William Lyon Homes* [Docket 152] filed on January 12, 2012 and incorporated by reference herein.

25.     Attached as <u>Exhibit 25</u> is the Second Lien Deed of Trust related to the New Second Lien Notes.

26.     Attached as <u>Exhibit 26</u> is the Amended and Restated First Lien Deed of Trust related to the Restructured First Lien Loan Agreement.

Dated:  January 31, 2012                    PACHULSKI STANG ZIEHL & JONES LLP

_____

Richard M. Pachulski (CA Bar No. 90073)
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Shirley S. Cho (CA Bar No. 192616)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
e-mail:          rpachulski@pszjlaw.com
                    ljones@pszjlaw.com
                    dbertenthal@pszjlaw.com
                    jfried@pszjlaw.com
                    scho@pszjlaw.com
                    tcairns@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:177408.4 93949-00001                    3