# Exhibit 1

## Directors and Officers of William Lyon Homes

### Directors

| | |
|---|---|
| General William Lyon | Chairman of the Board of Directors and Chief Executive Officer |
| William H. Lyon | Director, President and Chief Operating Officer |
| Douglas K. Ammerman | Director |
| Gary H. Hunt | Director |
| Matthew R. Niemann | Director |
| Nathaniel Redleaf | Director |
| Lynn Carlson Schell | Director |

### Officers

| | |
|---|---|
| General William Lyon | Chairman of the Board of Directors and Chief Executive Officer |
| William H. Lyon | President and Chief Operating Officer |
| Matthew R. Zaist | Executive Vice President |
| Mary J. Connelly | Senior Vice President, Nevada Regional President |
| W. Thomas Hickcox | Senior Vice President, Arizona Regional President |
| Richard S. Robinson | Senior Vice President — Finance |
| Brian W. Doyle | Senior Vice President, California Regional President |
| Colin T. Severn | Vice President, Chief Financial Officer and Corporate Secretary |
| Cynthia E. Hardgrave | Vice President — Tax and Internal Audit and Assistant Secretary |
| Maureen L. Singer | Vice President — Human Resources |

2564717

## GENERAL WILLIAM LYON, CHAIRMAN

General William Lyon was elected director and Chairman of the Board of The Presley Companies, the predecessor of the Parent, in 1987 and has served in that capacity since November 1999. General Lyon is the Company's Chief Executive Officer. General Lyon also served as the Chairman of the Board, President and Chief Executive Officer of the former William Lyon Homes, which sold substantially all of its assets to the Company in 1999 and subsequently changed its name to Corporate Enterprises, Inc. In recognition of his distinguished career in real estate development, General Lyon was elected to the California Building Industry Foundation Hall of Fame in 1985. General Lyon is a retired USAF Major General and was Chief of the Air Force Reserve from 1975 to 1979. General Lyon is a director of Fidelity Financial Services, Inc. and is Chairman of the Board of Directors of Commercial Bank of California. In addition, General Lyon currently is affiliated with the following boards: USC Board of Trustees (Life Member), President's Cabinet of Chapman University (Member), Chapman University's Center for Real Estate & Finance Board of Advisors (Member), Board of National Association of Home Builders (Life Member), Woodside Credit (Board Member), Lyon Air Museum (Chairman of the Board), Academy Research and Development Institute, USAF Academy (Chairman of the Board), The Falcon Foundation, USAF Academy (Director and Chairman Emeritus), Air Force Academy Foundation, Inc. USAF Academy (Director), Segerstrom Center For The Arts (Board Member), Operation Smile, Los Angeles Chapter (Board Member). General Lyon was educated at the University of Southern California and the Dallas Aviation School and Air College.

## DOUGLAS K. AMMERMAN

Douglas K. Ammerman was appointed to the Board of Directors on February 27, 2007. Mr. Ammerman's business career includes almost three decades of service with KPMG, independent public accountants, until his retirement in 2002. He was the Managing Partner of the Orange County office and was a National Partner in Charge — Tax. He is a certified public accountant (inactive). Since 2005, Mr. Ammerman has served as a member of the Board of Directors of Fidelity National Financial (a company listed on the New York Stock Exchange), where he also serves as Chairman of the Audit Committee. Also, since 2005, he has been a member of the Board of Directors of Quiksilver (a company listed on the New York Stock Exchange), where he also serves as Chairman of the Audit Committee, a member of the Compensation Committee and a member of the Nominating and Corporate Governance Committee. He also is a member of the Board of Directors of El Pollo Loco, where he also serves as Chairman of the Audit Committee. Mr. Ammerman has served as a director of The Pacific Club for twelve years and is a past president. He also has served as a director of the UCI Foundation for fourteen years. Mr. Ammerman is a member of the Audit Committee of Stantec and a member of the Audit Committee of William Lyon Homes. Mr. Ammerman is a certified public accountant (inactive), holds a B.A. in Accounting from California State University at Fullerton, and a master's degree in Business Taxation from University of Southern California. Mr. Ammerman recently received the Distinguished Alumni Award from the University of Southern California (2010) and the Director of the Year Award from the Forum for Corporate Directors (2011).

2564558

## GARY H. HUNT

Gary Hunt joined the board of directors on October 17, 2005. He has more than three decades of experience in government, business, major land use planning and development, as well as governmental and political affairs. Since 2001, Mr. Hunt has been the Managing Partner of California Strategies, LLC, a strategic consulting firm, in Newport Beach, California with eight offices throughout California. He was also formerly the Executive Vice President and a member of the Board of Directors and the Executive Committee of The Irvine Company, a real estate developer, for which Mr. Hunt worked for 24 years. Mr. Hunt's career also includes staff and appointed positions with the California State Legislature, U.S. House of Representatives, California Governor Ronald Reagan, and President George W. Bush. He has served as lead independent director and interim CEO of Grubb & Ellis, and currently serves as Chairman of the California Bay Delta Authority. He also currently serves as a director of Glenair Inc., a manufacturer of electrical connector accessories, and CT Realty Investors, a real estate investment Company. Mr. Hunt attended Antelope Valley Community College, University of Cincinnati, and Long Beach and Sacramento State College, where he majored in Political Science. He holds a Juris Doctor from Irvine University School of Law.

## WILLIAM H. LYON

William H. Lyon, son of General William Lyon, worked full time with the former William Lyon Homes from November 1997 through November 1999 as an assistant project manager, has been employed by the Company since November 1999 and has been a member of the board of directors since January 25, 2000. Since joining the Company, Mr. Lyon has been employed as an assistant project manager and project manager and has participated in a training program designed to expose him to the many facets of real estate development. From February 2003 until February 2005, he served as the Company's Director of Corporate Affairs. In February 2005, he was appointed Vice President and Chief Administrative Officer of the Company. Effective on March 1, 2007, Mr. Lyon was appointed as Executive Vice President and Chief Administrative Officer. Effective on March 18, 2009, Mr. Lyon was appointed as President and Chief Operating Officer of the Company. Mr. Lyon is a member of the Board of Directors of Commercial Bank of California. Mr. Lyon has served on the Board of Directors of Pretend City Children's Museum in Irvine since 2005. He also presided over the museum's highly successful public opening during his term as Board Chair from 2009 to 2011. Additionally, he serves on the Board of Governors of The Bowers Museum in Santa Ana. Mr. Lyon received a dual B.S. in Industrial Engineering and Product Design from Stanford University in 1997.

### MATTHEW R. NIEMANN

Mr. Niemann is a Managing Director with Houlihan Lokey Capital, Inc. and Global Head of its real estate practice. He has over 23 years of experience advising an array of Fortune 500 and middle-market companies, boards, lenders, sponsors and other constituents. Before rejoining Houlihan Lokey in 2008, Mr. Niemann spent three years with Cerberus Capital and served as senior managing director and chief strategic officer of GMAC ResCap (a Cerberus portfolio company). He has been involved as a principal or advisor in a wide range of real estate transactions throughout his career, including General Growth Properties Inc., Erickson Retirement Communities, Capital Trust, Inc., Gramercy Capital, Inc., Brandywine Senior Living, Kerzner International, Rescap, GMAC Resort Finance, Korea Asset Management Corporation, The National Benevolent Association, Allied/Federated and Edison Brothers Department Stores. Prior to joining Houlihan Lokey 13 years ago, Mr. Niemann was with PricewaterhouseCoopers in their Corporate Finance and Recovery Group and practiced law for several years in the Corporate, Banking & Real Estate practice of Bryan Cave in St. Louis. He holds a finance and law degree from St. Louis University, where he served on the Law Review. He has served on the board of directors and executive committee (as treasurer) of the Ronald McDonald Houses of Greater St. Louis, the School Board and Parish Council of Our Holy Redeemer Parish and the Economic Development Council of Webster Groves, Missouri.

### NATHANIEL REDLEAF

Mr. Redleaf is a graduate of University of California, Berkeley with a degree in Political Economy of Industrial Societies. In 2006, he joined Luxor Capital Group, a diversified investment fund with several billion dollars under management through several managed account. Mr. Redleaf's investment focus is primarily the homebuilding, commercial real estate, finance, and gaming sectors. Mr. Redleaf serves on the Boards of Innovate Managed Holdings LLC, and Eastland Tire Australia Pty (both Luxor portfolio companies).

### LYNN CARLSON SCHELL

Ms. Carlson Schell is Chief Executive Officer and managing principal of Shelter Corporation, a Minnesota-based developer, owner and operator of multi-family and senior living communities. Ms. Carlson Schell directs the firm's strategic planning, long-term growth, development of capital and overall profitability. Ms. Carlson Schell's accomplishments include leading the company's development of affordable housing through innovative financing and partnerships and spearheading the company's diversification into senior communities. Ms. Carlson Schell has directly or indirectly supervised the development and acquisition of nearly 15,000 units encompassing $795 million of real estate. In 2009, Ms. Carlson Schell was honored as an Industry Leader by the Minneapolis/St. Paul Business Journal. Prior to founding Shelter Corporation, Ms. Carlson Schell spent nine years as an associate and senior developer with Can-American Realty Corporation. She was responsible for residential, condominium and apartment developments in the Midwest and Florida, and for managing a regional office in Naples, Florida. Ms. Carlson Schell's leadership is valued by a number of corporate and civic organizations. She is currently serving on the Executive Committee of the National Multi-Housing Council, as

2564558

Treasurer of the Twin Cities Chapter of Young Presidents Organization, as Vice President of the Board of Directors for The Library Foundation of Hennepin County, and on the Board of Directors for Minnesota Dance Theater and the Dance Institute. Ms. Carlson Schell is a graduate of Mount Holyoke College with a bachelor's degree in Economics.

## Summary of Officer Compensation

Upon the Effective Date, William Lyon Homes, Inc. (the "Company") shall enter into three-year employment contracts with each of General William Lyon and William H. Lyon (collectively, the "Executives"), providing for $1.5 million combined annual salary. The Executives will be eligible for performance bonuses during the three-year term, not to exceed 50% of salary in the first year, and thereafter, commensurate with position and contributions as determined by a three-member compensation committee consisting of the two independent directors and one director appointed by the holders of the Class A Common Shares. The Executives will be entitled to receive severance pay under circumstances specified in their employment agreements in an amount equal to their base salaries for the remaining contract term, but in no event less than 18 months. The Executives will be subject to a non-solicitation agreement for a period of two years after termination of employment.

The Company has entered into one-year employment contracts, each of which went into effect July 1, 2011, with each of Matthew R. Zaist, Mary J. Connelly, W. Thomas Hickcox, Brian W. Doyle, and Colin T. Severn, (collectively, the "Key Employees"). The Key Employees are eligible for performance bonuses based both on the number of successful closings of the Company relative to the closings forecast in the Company's business plan and on the net profits of certain Company Projects, all as set forth in the Company's Key Employee Bonus Program and the Project Completion Bonus Program. Subject to execution of a severance and release agreement, each Key Employee is entitled under circumstances specified in his or her employment agreement to receive severance payments equal to his or her annual salary multiplied by 1.5, plus any bonuses that would be due as if the Key Employee had been employed through the end of the one-year term. The Key Employees are subject to covenants concerning confidentiality, non-competition, and non-solicitation under certain circumstances and for certain periods set forth in their employment agreements.

Matthew R. Zaist, the Company's Executive Vice President, receives an annual salary of not less than $350,000. His target bonus for purposes of the Key Employee Bonus Plan is $245,000. Mary J. Connelly, the Company's Senior Vice President and Nevada Regional President, receives an annual salary of not less than $225,000. Her target bonus for purposes of the Key Employee Bonus Plan is $146,000. W. Thomas Hickcox, the Company's Senior Vice President and Arizona Regional President, receives an annual salary of not less than $200,000. His target bonus for purposes of the Key Employee Bonus Plan is $100,000. Richard S. Robinson, the Company's Senior Vice President of Finance, receives an annual salary of $200,000. He is eligible to receive a performance bonus ranging from 0%–60% of his annual salary and is eligible to participate in the Project Completion Bonus Plan. Brian W. Doyle, the Company's Senior Vice President and California Regional President, receives an annual salary of not less than $275,000. His target bonus for purposes of the Key Employee Bonus Plan is $205,000. Colin T. Severn, the Company's Vice President, Chief Financial Officer and Corporate Secretary, receives an annual salary of not less than $200,000. His target bonus for purposes of the Key Employee Bonus Plan is $120,000. Cynthia E. Hardgrave, the Company's Vice President of Tax and Internal Audit and Assistant Secretary, receives an annual salary of $150,000. She is eligible to receive a performance bonus ranging from 0%–40% of her annual salary. Maureen L. Singer, the

2564717                                    - 2 -

Company's Vice President of Human Resources, receives an annual salary of $140,000. She is eligible to receive a performance bonus ranging from 0%–40% of her annual salary.